UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 7:17-CV-55-D** |
| | ) | |
| PREMPEH ERNEST AGYEMANG, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the government's motion for summary judgment [D.E. 24].

**This Judgment Filed and Entered on July 3, 2018, and Copies To:**

| | |
|---|---|
| John J.W. Inkeles | (via CM/ECF electronic notification) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |
| Jennifer M. Stevens | (via CM/ECF electronic notification) |

DATE:                                                                    PETER A. MOORE, JR., CLERK

July 3, 2018                                          (By) /s/ Nicole Briggeman
                                                                                    Deputy Clerk