UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | AMENDED JUDGMENT IN A CIVIL CASE |
| v. ) | CASE NO. 7:17-CV-55-D |
| ) | |
| PREMPEH ERNEST AGYEMANG, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Government's Motion to Amend Order and Judgment under Federal Rule of Civil Procedure 59( e) is GRANTED; In accordance with the Order dated July 3, 2018 (Docket Entry 39), judgment is ENTERED in favor of the United States and against Mr. Agyemang; The Court FINDS and DECLARES that Mr. Agyemang illegally procured his U.S. citizenship; The Court FINDS and DECLARES that Mr. Agyemang procured his U.S. citizenship by concealment of a material fact and willful misrepresentation; The order admitting Mr. Agyemang to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, November 8, 2000; Certificate of Naturalization No. 26153743 is CANCELED, effective as of the original date of the certificate, November 8, 2000; Mr. Agyemang is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his November 8, 2000 naturalization; 8. Mr. Agyemang shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports and passport cards, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others) to Counsel for the United States, John J. W. Inkeles. Counsel for the Parties shall appear in person for a compliance hearing on September 7, 2018, at which Defendant must demonstrate that he has complied with this Judgment, unless the United States provides notice that Mr. Agyemang has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

**This Judgment Filed and Entered on August 8, 2018, and Copies To:**

| | |
|---|---|
| John J.W. Inkeles | (via CM/ECF electronic notification) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |
| Jennifer M. Stevens | (via CM/ECF electronic notification) |

DATE:

August 8, 2018

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

Deputy Clerk